Clayton S. CREEK, Appellant,

v.

SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; South Dakota State Penitentiary, Appellees.

No. 02–1712.

United States Court of Appeals, Eighth Circuit.

Submitted April 26, 2002.

Decided May 3, 2002.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

PER CURIAM.

South Dakota inmate Clayton S. Creek appeals the district court's[1] 28 U.S.C.

1. The Honorable John B. Jones, United States District Judge for the District of South Dakota.

§§ 1915(e)(2)(B) and 1915A dismissal without prejudice of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we agree with the district court that the only named defendants-the South Dakota Department of Corrections and the South Dakota State Penitentiary-are entitled to Eleventh Amendment immunity from Creek's suit. *See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144, 113 S.Ct. 684, 121 L.Ed.2d 605 (1993).

Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B. We also deny the pending motion.

A true copy.